IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JBS S.A., et al;<br><br>　　　　　Defendant.<br><br>　vs.<br><br>NEBRASKA BEEF LTD.<br><br>　　　　　Movant. | **8:22CV204**<br><br>**ORDER** |

　　　A motion to quash was filed in the above-referenced case on June 7, 2022. (Filing No. 1). The motion seeks to quash the subpoena duces tecum served upon Nebraska Beef LTD by Plaintiffs of the In Re Cattle and Beef Antitrust Litigation pending in the United States District Court for the District of Minnesota. Nebraska Beef's counsel filed a certificate of service purporting to show that Plaintiffs were served by certified mail and electronic mail, sent June 16, 2022. (Filing No. 3). No receipt or return of service has been filed indicating service was effected. However, Counsel for Plaintiff filed a motion for Admission Pro Hac Vice on June 24, 2022, captioned with the case numbers for the matter in this court as well as the underlying Minnesota action. The caption also indicates attorney Bobby Pouya intends to appear on behalf of "All Cattle Plaintiffs" in this matter. (Filing No. 6). Based upon the Pro Hac Motion, Plaintiffs have notice of the pending motion and are represented.

　　　Accordingly,

IT IS ORDERED that Plaintiffs' response to the pending Motion to Quash shall be filed on or before July 8, 2022. Any reply shall be filed in accordance with the Local Rules.

Dated this 27th day of June, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge