IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION, | 8:22CV204 |
| Plaintiff, | |
| vs. | |
| JBS S.A., et al., | **ORDER** |
| Defendant, | |
| vs. | |
| NEBRASKA BEEF LTD., | |
| Movant. | |

The Court has reviewed the parties' stipulation regarding Nebraska Beef Ltd.'s Motion for Continuance of Time of Deadline to Respond to Subpoena (ECF No. 42) ("Motion"), and hereby orders as follows:

1. Nebraska Beef Ltd. shall have until January 25, 2023, to provide its written responses to Plaintiff's subpoena;

2. The deadline for the parties to resolve disputes regarding Nebraska Beef's responses to the subpoena and production of responsive documents is continued from January 25, 2023 until January 27, 2023; and

3. All other dates and deadlines in the action shall remain on the calendar.

Hon. Cheryl R. Zwart
United States Magistrate Judge